<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6057**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GARY BOGGS ALEXANDER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-95-41-V, CA-96-168-5-4-V)

─────────────

Submitted:  July 31, 2001          Decided:  August 17, 2001

─────────────

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Robert Keller Leonard, Winston-Salem, North Carolina, for Appellant.  Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Boggs Alexander seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Alexander, Nos. CR-95-41-V; CA-96-168-5-4-V (W.D.N.C. filed, Oct. 31, 2000; entered Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED